STATE OF NEW JERSEY v. OSCAR MACK.

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. HENRY WILBERT CAMPBELL.

July 7, 1971.  Petition for certification denied.

JULIUS BRAUN v. GUSSIE GROSS.

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. RONALD C. DORST.

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. MONROE WINGATE, *ET AL.*

July 7, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH J. SEAMAN.

July 7, 1971.  Petition for certification denied.